IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| )                                     | Case No. 10-cv-00093-JPG-RJD |
| Plaintiff,           ) | |
| ) | |
| v.           ) | |
| ) | |
| DENNIS FRICHTL, and           ) | |
| STEPHEN L. FRICHTL and           ) | |
| REBECCA PEDRAZA AS           ) | |
| CO-ADMINISTRATORS, and           ) | |
| OF THE ESTATE OF RAMONA FRICHTL,   ) | |
| ) | |
| Defendants.           ) | |
| _____) | |

**JUDGMENT**

This matter having come before the Court, the issues having been heard and the parties have agreed to judgment, it is hereby:

**ORDERED, ADJUDGED AND DECREED**, that Dennis Frichtl is indebted to the United States of America for unpaid income taxes, penalties and interest for the years ending December 31, 1995, December 31, 1996, December 31, 1997, December 31, 1998, December 31, 1999, December 31, 2000, December 31, 2003, December 31, 2004, December 31, 2005, and December 31, 2006, in the total amount of **$12,030,820.77** as of November 30, 2016, plus statutory additions that have accrued and may continue to accrue after November 30, 2016, including interest at the rates provided by 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c). Therefore judgment in this case is entered in favor of the plaintiff, **United States of America**, and against **Dennis Frichtl** in the amount of Twelve Million Thirty Thousand Eight Hundred Twenty Dollars and seventy-seven cents ($12,030,820.77). It is further:

**ORDERED, ADJUDGED AND DECREED**, that the Estate of Ramona Frichtl is indebted to the United States of America for unpaid income taxes, penalties and interest for the years ending December 31, 1995, December 31, 1996, December 31, 1997, December 31, 1998, December 31, 1999, December 31, 2000, December 31, 2003, December 31, 2004, December 31, 2005, and December 31, 2006, in the total amount of **$12,004,973.86** as of November 30, 2016, plus statutory additions that have accrued and may continue to accrue after November 30, 2016, including interest at the rates provided by 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c). Therefor judgment in this case is entered in favor of the plaintiff, **United States of America** and against **the Estate of Ramona Frichtl** in the amount of Twelve Million Four Thousand Nine Hundred Seventy Three Dollars and eighty-six cents ($12,004,973.86).

**DATED:** 2/15/2017

        JUSTINE FLANAGAN, ACTING CLERK
        UNITED STATES DISTRICT COURT


        *s/Tina Gray*
        By: Deputy Clerk


**Approved:**

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**